IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| PHINEAS GROUP, LLC | * | CASE NO: 09-85858-CRM |
| | * | |
| Debtor | * | |
| | * | |

**STIPULATION EXTENDING TIME WITHIN WHICH USAM I FUND, LLC
AND CITIBANK, N.A. MAY FILE OBJECTIONS TO DEBTOR'S DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN.**

COMES NOW, Phineas Group, LLC, Debtor herein and Creditors, USAM I Fund and Citibank, N.A. and shows the Court as follows:

1.

The parties and their counsel have hereby STIPULATED, as follows:

2

Debtor, Phineas Group, LLC, ("Debtor"), by and through its undersigned counsel, filed it Chapter 11 Plan and Disclosure Statement on December 9, 2009.

3.

Pursuant to the Court's Order Conditionally Approving Disclosure Statement, Fixing Time For Filings Acceptances Or Rejections of Plan, And Fixing Time For Filing Objections To the Disclosure Statement And To the Confirmation of the Plan, Combined With Notice Thereof And of the Hearing On Final Approval of the Disclosure Statement And the Hearing on Confirmation Of the Plan, entered on January 6, 2010 (Docket No. 41), the last day **USAM I Fund and Citibank, N.A. may file objection to the Plan** will expire on Friday, February 26, 2010.

4.

The parties have commenced negotiations that may be in the best interest the Debtor.

5.

All counsel and parties have agreed to extend the time within which USAM I Fund and Citibank, N.A. may file objections to the Plan until March 5, 2010.

**Stipulated and Agreed** to, this 25th day of February 2010.

Prepared and Presented by:

/s/ Kenneth Mitchell
Kenneth Mitchell, Attorney for the Debtor
Giddens, Davidson & Mitchell P.C.
Suite 300-B
5000 Snapfinger Woods Drive
Decatur, GA 30034


Consented to by:
Smith, Gambrell & Russell, LLP

/s/ Brian P. Hall
Brian P. Hall
Attorney for **USAM I Fund**

Signed with express permission by Kenneth Mitchell
Ga. Bar No. 318171
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309  (404) 815-3500

/s/Craig Chiang
Attorney for **Fannie Mae\Citi**
Signed with express permission by Kenneth Mitchell
BuchalterNemer PC
333 Market St, 25th Floor
San Francisco, Ca 94105-2126

**I further certifies that on February 25, 2010, a true and correct copy of the within and** was electronically filed with the Clerk of the Court using CM\ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**Office of the U.S. Trustee**
**362 Richard Russell Bldg.**
**75 Spring Street**
**Atlanta, GA 30303**